# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| BRENDAN J. BERGER, | : | CASE NO. 1:19-cv-00099-SJD |
| | : | |
| Plaintiff, | : | Judge:  Hon. Susan J. Dlott |
| | : | |
| v. | : | |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | : | |
| | : | |
| Defendant. | : | |

## MOTION FOR ADMISSION OF CHARLES WEINER *PRO HAC VICE*

Pursuant to S.D. OHIO CIV. R. 83.3(e), August T. Janszen, counsel for Plaintiff Brendan J. Berger, hereby moves this Court to admit Charles Weiner, Esq. *pro hac vice* to appear and participate as trial counsel for Plaintiff.

Movant represents that Charles Weiner, Esq. is a member in good standing and admitted to practice before the highest court in the Commonwealth of Pennsylvania, as attested by the accompanying Certificate of Good Standing, and that Mr. Weiner is not eligible to become a member of the permanent bar of this Court.  This motion is accompanied by the required $200.00 fee.

Charles Weiner understands that, unless expressly excused, he must register for the electronic filing with this Court promptly upon the granting of this motion.  Mr. Weiner's contact information is as following:

> Law Office of Charles Weiner
> Cambria Corporate Center
> 501 Cambria Avenue
> Bensalem, Pennsylvania 19020
> Tele: (267) 685-6311, Fax: (215) 604-1507
> charles@charlesweinerlaw.com

WHEREFORE, based on the foregoing, the undersigned respectfully moves that Attorney Weiner be admitted, *pro hac vice*.  A copy of the proposed Order is attached hereto as an exhibit.

    Respectfully submitted

    /s/ August T. Janszen
    August T. Janszen (0062394)
    The Janszen Law Firm
    4750 Ashwood Drive, Suite 201
    Cincinnati, OH 45241
    Tel: (513) 326-9065
    Fax: (513) 326-9066
    atjanszen@janszenlaw.com
    *Attorney for Plaintiff, Brendan J. Berger*

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2019, I electronically filed the foregoing Motion for Admission Pro Hac Vice using the CM/ECF System which will send notification of such filing to counsel of record.

    /s/ August T. Janszen
    August T. Janszen (0062394)