

## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Charles Weiner, Esq.*

DATE OF ADMISSION

*November 10, 1988*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: January 30, 2019

_____
Patricia A. Johnson
Chief Clerk