# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| BRENDAN J. BERGER, | : | CASE NO. 1:19-cv-00099-SJD |
| Plaintiff, | : | Judge:  Hon. Susan J. Dlott |
| v. | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | : | |
| Defendant. | : | |

## ORDER

This matter came before this Court upon the Motion for Admission of Charles Weiner for *Pro Hac Vice* Admission.  For the reasons set forth therein, the motion is hereby sustained.  IT IS ORDERED that Charles Weiner be admitted pro hac vice in this action as trial counsel for Plaintiff, Brendan J. Berger.

SO ORDERED:

_____
Hon. Susan J. Dlott

PREPARED BY:

/s/ August T. Janszen
August T. Janszen (0062394)
The Janszen Law Firm
4750 Ashwood Drive, Suite 201
Cincinnati, OH 45241
Tel: (513) 326-9065
Fax: (513) 326-9066
atjanszen@janszenlaw.com
*Attorney for Plaintiff, Brendan J. Berger*