IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Brendan J. Berger, :
:
    Plaintiff(s), :
: Case Number: 1:19cv99
vs. :
: Judge Susan J. Dlott
National Board of Medical Examiners, :
:
    Defendant(s). :

ORDER

    Pursuant to 28 U.S.C. §636(b) and United States District Court, Southern District of Ohio Local Rule 72.1, this case is hereby **ORDERED** referred to Magistrate Judge Karen L. Litkovitz, who is authorized to rule on all motions except summary judgment motions; however, in no event will the Magistrate Judge grant any deadline extension that will impact final pretrial or trial settings. Any summary judgment motions will be decided by Judge Susan J. Dlott without the benefit of a Magistrate Judge's report and recommendation.

    Pursuant to 28 U.S.C. §636(c), upon unanimous consent of the parties, the Magistrate Judge may preside at trial and order the final entry of final judgment without further order of reference from the Court. In any case in which the parties so consent, appeal shall be to the United States Court of Appeals for the Sixth Circuit, absent express consent that the appeal be to the District Court.

    This Order shall act as a reference and no further order of reference shall be required. The Clerk shall advise the parties in this case of this Order and of their right to consent to the full magistrate judge trial authority under 28 U.S.C. §636(c).

    IT IS SO ORDERED.

*Susan J. Dlott* (signature)
Judge Susan J. Dlott
United States District Court