IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Brendan J. Berger

    vs.                                                     Case Number: 1:19cv99

National Board of Medical Examiners

### ORDER

This matter is before the Court upon plaintiff's Motion for Admission of attorney Charles Weiner (Doc. 2).

IT IS HEREBY ORDERED THAT the Motion is GRANTED and attorney Charles Weiner is hereby admitted to practice pro hac vice as co-counsel.

This order is conditioned upon the applicants registration and participation in the court's electronic filing system. See: www.ohsd.uscourts.gov.

IT IS SO ORDERED.

                                                                                           s/Susan J. Dlott
                                                                                           Susan J. Dlott
                                                                                           United States District Court