

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL MINUTES
SCHEDULING/STATUS CONFERENCE (via telephone)
BEFORE THE HONORABLE KAREN L. LITKOVITZ, U.S MAGISTRATE JUDGE

DATE: 5-29-19
TIME: 2:30

Case No. 1:19-cv-99
Case Title: Berger v. NBME

COURTROOM DEPUTY: Arthur Hill
LAW CLERK: Laura Ahern, Michael Glennon (extern)
COURT REPORTER: none present
COURTSMART RECORDING: #_____

---

**Attorney(s) for Plaintiff(s):**
Charles Weiner

**Attorney(s) for Defendant(s):**
Brandon White
Bob Burgoyne

**DOCKET ENTRY/PROCEDURES:**
Sched conf. held. Case Calendar established.

__X__ Court Order to follow.

__X__ Case cont'd for a follow-up status conference via telephone before MJ Litkovitz on Thurs, 8-25-19 @ 3:00 pm

_____ Other: