**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Brendan J. Berger,
      Plaintiff(s),

      v.

National Board of Medical Examiners,
      Defendant(s).

Case No. 1:19cv99
(Dlott, J.; Litkovitz, M.J.)

**CALENDAR ORDER**

This case shall proceed as follows:

1.     Deadline for disclosure of expert witnesses and submission of expert reports:
        Plaintiff identify and produce primary expert report(s): **October 30, 2019**
        Defendant identify and produce primary expert report(s): **December 2, 2019**

2.     Discovery deadline:
        Fact discovery deadline: **October 15, 2019**
        Expert discovery deadline: **January 15, 2020**

3.     Dispositive motion deadline: **December 16, 2019**

4.     Final pretrial conference: **April, 2020***

5.     Trial: **May, 2020***

6.     The parties agree that any claim of inadvertent disclosure of privileged information will be made no later than thirty (30) days after the date of the disclosure, by way of written notice of opposing counsel. Upon receipt of such a notice, counsel shall either return the document(s) in question to the disclosing party (if the privilege claim is not contested), or refrain from using the document(s) for any purpose pending a ruling by the Court on the producing party's claim of privilege. It shall be the producing party's obligation to file a motion that seeks the Court's resolution of any contested privilege claim involving a produced document.

Date  5/30/19

Karen L. Litkovitz
United States Magistrate Judge

*The specific dates will be assigned by the District Court

awh    May 29, 2019