# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **BRENDAN BERGER,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Case No. 1:19cv00099 ) ) |
| **NATIONAL BOARD OF MEDICAL EXAMINERS,** | ) Judge: Hon. Susan J. Dlott ) Magistrate Judge: Hon. Karen L. Litkovitz ) ) |
| **Defendant.** | ) ) |

### MOTION FOR ADMISSION OF ROBERT A. BURGOYNE *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) and 83.4(c)(3), Brandon M. White, counsel for Defendant National Board of Medical Examiners (NBME), hereby moves the Court to admit Robert A. Burgoyne, Esq. *pro hac vice* in this action and to allow Mr. Burgoyne to participate as the trial attorney for NBME.

Mr. Burgoyne is a member in good standing before the District of Columbia Court of Appeals, the highest Court of the District of Columbia, and is not eligible to become a member of the permanent bar of this Court. A certificate of good standing is filed herewith. Mr. Burgoyne has represented NBME as outside counsel for over eight years, and his participation as trial attorney for NBME will contribute to efficient proceedings in this matter.

Mr. Burgoyne understands that he is subject to the same requirements as are permanent members of the bar of this Court, including those requirements relating to registration for electronic filing. The $200 application fee is being paid in conjunction with this motion.

Mr. Burgoyne's contact information is:

Robert A. Burgoyne
Perkins Coie LLP
700 13th Street, NW
Suite 600
Washington, DC 20005-3960
Telephone:  (202) 654-1744
Facsimile:  (202) 624-9548
rburgoyne@perkinscoie.com

Pursuant to S.D. Ohio Civ. R. 7.3, counsel for NBME consulted with counsel for Plaintiff, and the current motion is unopposed.

Wherefore, the undersigned respectfully requests that Mr. Burgoyne be admitted *pro hac vice* and allowed to participate as trial attorney on behalf of NBME.

Dated:  June 10, 2019                                              Respectfully submitted,


/s/   Brandon M. White

Brandon M. White, Trial Attorney
(Ohio Bar No. 0075430)
Perkins Coie LLP
700 Thirteenth Street, N.W. Suite 600
Washington, DC 20005-3960
Phone:  202-654-6206
BMWhite@perkinscoie.com

/s/ Robert A. Burgoyne
Robert A. Burgoyne
(pro hac application pending)
Perkins Coie LLP
700 Thirteenth Street, N.W. Suite 600
Washington, D.C.  20005-3960
Phone:  202-654-1744
RBurgoyne@perkinscoie.com

Counsel for Defendant NBME

144025226.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was electronically filed on June 10, 2019, via the Court's CM/ECF System, which will send notification of such filing to counsel of record for Plaintiff.

s/ Brandon M. White
Brandon M. White

Counsel for Defendant NBME
