# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **BRENDAN BERGER,** | ) |
| **Plaintiff,** | ) ) ) **Case No. 1:19cv00099** |
| v. | ) ) ) **Judge: Hon. Susan J. Dlott** |
| **NATIONAL BOARD OF MEDICAL EXAMINERS,** | ) **Magistrate Judge: Hon. Karen L. Litkovitz** ) ) |
| **Defendant.** | ) ) |

## [PROPOSED] ORDER

This matter is before the Court on the motion to admit Robert A. Burgoyne, counsel for Defendant National Board of Medical Examiners (NBME), to practice *pro hac vice* and to allow him to serve as trial attorney for NBME.

For good cause shown, the motion is hereby GRANTED. Mr. Burgoyne is admitted to practice *pro hac vice* and may serve as trial attorney for NBME.

This order is conditioned upon Mr. Burgoyne's registration and participation in the Court's electronic filing system. *See* www.ohsd.uscourts.gov.

IT IS SO ORDERED.

Dated: _____, 2019

_____
UNITED STATES MAGISTRATE JUDGE

144024802.1