IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Brendan Berger

      vs.                                        Case Number: 1:19cv99

National Board of Medical Examiners

ORDER

This matter is before the Court upon defendant's Motion for Admission of attorney Robert A. Burgoyne (Doc. 16).

IT IS HEREBY ORDERED THAT the Motion is GRANTED and attorney Robert A. Burgoyne is hereby admitted to practice pro hac vice as co-counsel.

This order is conditioned upon the applicants registration and participation in the court's electronic filing system. See: www.ohsd.uscourts.gov.

IT IS SO ORDERED.

                                                                s/Susan J. Dlott
                                                                 Susan J. Dlott
                                                                 United States District Court