# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **BRENDAN BERGER,** | ) |
| **Plaintiff,** | ) ) ) **Case No. 1:19cv00099** |
| v. | ) ) ) **Judge: Hon. Susan J. Dlott** |
| **NATIONAL BOARD OF MEDICAL EXAMINERS,** | ) **Magistrate Judge: Hon. Karen L. Litkovitz** ) ) |
| **Defendant.** | ) ) |

## NOTICE OF APPEARANCE

Please take notice that Erin D. French of Vorys, Sater, Seymour and Pease LLP, 301 East Fourth Street, Suite 3500, Cincinnati, Ohio 45202, enters her appearance as co-counsel for Defendant National Board of Medical Examiners ("NBME").

Dated: June 21, 2019

Respectfully submitted,

s/ Erin D. French
Brandon M. White, Trial Attorney
(Ohio Bar No. 0075430)
Perkins Coie LLP
700 Thirteenth Street, N.W. Suite 600
Washington, DC 20005-3960
Phone: 202-654-6206
BMWhite@perkinscoie.com

Robert A. Burgoyne
(Admitted Pro Hac Vice)
Perkins Coie LLP
700 Thirteenth Street, N.W. Suite 600
Washington, DC 20005-3960
Phone: 202-654-1744
RBurgoyne@perkinscoie.com

2

                                        Erin D. French (0090813)
                                        VORYS, SATER, SEYMOUR AND PEASE, LLP
                                        301 East Fourth Street
                                        Suite 3500
                                        Cincinnati, OH 45202
                                        (513) 723-4022
                                        edfrench@vorys.com

                                        *Counsel for Defendant NBME*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 21st day of June, 2019 the foregoing was filed via the Court's CM/ECF system, which will send notification of such filing to counsel of record for Plaintiff.

                                            s/ Erin D. French
                                              Erin D. French