IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **BRENDAN BERGER,** | ) |
| Plaintiff, | ) Case No. 1:19cv00099 |
| v. | ) Judge: Hon. Susan J. Dlott |
| | ) Magistrate Judge: Hon. Karen L. Litkovitz |
| **NATIONAL BOARD OF MEDICAL EXAMINERS,** | ) |
| Defendant. | ) |

**JOINT STIPULATION TO FILE EXHIBITS SUPPORTING THE MOTION FOR <u>PRELIMINARY INJUNCTION UNDER SEAL</u>**

Undersigned counsel for Plaintiff, Brendan Berger and for Defendant, National Board of Medical Examiners (NBME), agree and stipulate that certain Exhibits filed in support of Plaintiff's Motion for Preliminary Injunction and Defendant's Response thereto may be filed under seal and remain so, consisting of non-public medical records of Mr. Berger.

WHEREFORE, counsel for the Parties respectfully requests that the Court approve and enter the attached proposed Order.

Dated: <u>July 3, 2019</u>                                                    Respectfully submitted,

/s/ Charles Weiner                                                            /s/ Robert A. Burgoyne
Charles Weiner                                                                   Robert A. Burgoyne
Law Office of Charles Weiner                                            700 Thirteenth Street, N.W., Suite 600
Cambria Corporate Center                                                 Washington, D.C. 20005-3960
501 Cambria Avenue                                                          Telephone: (202) 654-1744
Bensalem, PA 19020                                                           RBurgoyne@perkinscoie.com
Phone: 267-685-6311
charles@charlesweinerlaw.com                                        *Trial Counsel for Defendant*

*Trial Counsel for Plaintiff*

144073589.1