IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **BRENDAN BERGER,** | ) |
| **Plaintiff,** | ) Case No. 1:19cv00099 |
| v. | ) Judge: Hon. Susan J. Dlott |
| | ) Magistrate Judge: Hon. Karen L. Litkovitz |
| **NATIONAL BOARD OF MEDICAL EXAMINERS,** | ) |
| **Defendant.** | ) |

## **ORDER**

AND NOW, this _____ day of July, 2019 upon consideration of Plaintiff's Motion and the Parties' Joint Stipulation, it is hereby ORDERED that the records filed in support of Plaintiff's Motion for Preliminary Injunction or Defendant's Response thereto that consist of medical records prepared by a healthcare provider of Mr. Berger may be filed under seal.

_____
Hon. Judge Susan J. Dlott
Magistrate Hon. Judge Karen L. Litkovitz