**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| **BRENDAN BERGER,** ) | |
| ) | |
| **Plaintiff,** ) | **Case No. 1:19cv00099** |
| ) | |
| **v.** ) | **Judge: Hon. Susan J. Dlott** |
| ) | **Magistrate Judge: Hon. Karen L.** |
| **NATIONAL BOARD OF MEDICAL** ) | **Litkovitz** |
| **EXAMINERS,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## <u>ORDER</u>

AND NOW, this _____ day of _____, 2019, upon consideration of Plaintiff's Motion for Preliminary Injunction, Defendant's Response thereto and the evidence received in support thereof, it is hereby ORDERED that Plaintiff's Motion is GRANTED:

1. Defendant National Board of Medical Examiners (NBME) is enjoined to provide appropriate accommodations under the American with Disability Act (ADA) to Plaintiff Brendan Berger for the United States Medical Licensing Exam Step 2 Clinical Knowledge (USMLE Step 2 CK) at the earliest possible date. The appropriate accommodation, which shall be provided by the NBME to Mr. Berger is double (100%) extended time over two days of testing, extra break time and distraction limited testing environment.

2. NBME shall score and report the results of the accommodated USMLE Step 2 CK.

3. Make the above Order permanent.

4. Ordered that no bond or security is require.

_____

J.