

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CIVIL MINUTES
SCHEDULING/STATUS CONFERENCE (via telephone)
BEFORE THE HONORABLE KAREN L. LITKOVITZ, U.S MAGISTRATE JUDGE

DATE: 7-10-19
TIME: 10:00 am
COURTROOM DEPUTY: Arthur Hill
LAW CLERK: Laura Ahern
COURT REPORTER: none present
COURTSMART RECORDING: #_____

Case No. 1:19-cv-99
Case Title: Berger v. NBME

Attorney(s) for Plaintiff(s):
Charles Weiner
August Janszen

Attorney(s) for Defendant(s):
Erin French
Robert Burgoyne

DOCKET ENTRY/PROCEDURES:
Matters discussed regarding mot. for prel. inj (Doc. 20).

___ Court Order to follow.

___ Case cont'd for a follow-up status conference _____

_X_ Other:
Parties directed to meet + confer and submit a proposed schedule regarding the mot. for prel. inj.