# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| BRENDAN J. BERGER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 1:19-cv-00099-SJD |
| | : | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | : | Judge: Hon. Susan J. Dlott |
| | : | |
| | : | Magistrate Judge: Hon. Karen L. Litkovitz |
| | : | |
| Defendant. | : | |

## PLAINTIFF'S NOTICE OF FILING
## EXHIBITS FOR MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Brendan Berger hereby gives notice of the filing of Exhibits 1-4 and 9-11 in support of Plaintiff's Motion for Preliminary Injunction.

Respectfully submitted

/s/  Charles Weiner
Charles Weiner, Esq.
LAW OFFICE OF CHARLES WEINER
Cambria Corporate Center
501 Cambria Avenue
Bensalem, PA 19020
Tel:  (267) 685-6311
Fax:  (215) 604-1507
charles@charlesweinerlaw.com

/s/  August T. Janszen
August T. Janszen (0062394)
THE JANSZEN LAW FIRM
4750 Ashwood Drive, Suite 201
Cincinnati, OH 45241
Tel: (513) 326-9065
Fax: (513) 326-9066
atjanszen@janszenlaw.com

*Attorneys for Plaintiff, Brendan Berger*

## CERTIFICATE OF SERVICE

2

I hereby certify that I electronically filed the foregoing with the Clerk of Courts using the Court's CM/ECF system which will send notification of such filing to the counsel of record on this 16th day of July, 2019.

By: /s/ August T. Janszen

2

I hereby certify that I electronically filed the foregoing with the Clerk of Courts using the Court's CM/ECF system which will send notification of such filing to the counsel of record on this 16th day of July, 2019.

By: /s/ August T. Janszen