IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **BRENDAN BERGER,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**NATIONAL BOARD OF MEDICAL** )<br>**EXAMINERS,** )<br>)<br>Defendant. )<br>) | Case No. 1:19cv00099<br><br>Judge: Hon. Susan J. Dlott<br>Magistrate Judge: Hon. Karen L. Litkovitz |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITATION OF DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS

This matter is before the Court for consideration of the Unopposed Motion for Leave to Exceed Page Limitation of Defendant National Board of Medical Examiners ("NBME") (Doc. 25) that requests up to five (5) additional pages to respond to Plaintiff's Motion for Preliminary Injunction (Doc. 20) and that the Court dispense with the summary as required by Local Civil Rule 7.2 and this Court's Standing Order on Civil Procedures. Upon consideration of the same and for good cause shown, the Court hereby grants NBME's motion. NBME may file a memorandum in opposition to Plaintiff's Motion for Preliminary Injunction that does not exceed twenty-five (25) pages, exclusive of the table of contents as required by Local Civil Rule 7.2 and this Court's Standing Order on Civil Procedures. NBME is not required to include a summary as required by Local Civil Rule 7.2 and this Court's Standing Order on Civil Procedures.

IT IS SO ORDERED.

_Karen L. Litkovitz_
HONORABLE KAREN L. LITKOVITZ
U.S. DISTRICT COURT MAGISTRATE JUDGE