**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **BRENDAN BERGER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Case No. 1:19cv00099** |
| **v.** | ) |
| | ) **Judge: Hon. Susan J. Dlott** |
| **NATIONAL BOARD OF MEDICAL** | ) **Magistrate Judge: Hon. Karen L. Litkovitz** |
| **EXAMINERS,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**NOTICE OF FILING SUPPLEMENTAL EXHIBITS**
**OF DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS**

Defendant National Board of Medical Examiners ("NBME") hereby gives notice of the

filing of **Exhibits G and H**, attached hereto, to the Declaration of Robert Burgoyne (Doc. 27-1),

filed on July 24, 2019, which were inadvertently omitted from the initial filing.

Dated: July 26, 2019                            Respectfully submitted,


                                                s/ Erin D. French_____

                                                Robert A. Burgoyne
                                                (Admitted Pro Hac Vice)
                                                Perkins Coie LLP
                                                700 Thirteenth Street, N.W. Suite 600
                                                Washington, DC 20005-3960
                                                Phone: 202-654-1744
                                                RBurgoyne@perkinscoie.com


                                                Erin D. French (0090813)
                                                VORYS, SATER, SEYMOUR AND PEASE, LLP
                                                301 East Fourth Street, Suite 3500
                                                Cincinnati, OH 45202
                                                (513) 723-4022
                                                edfrench@vorys.com

                                                Counsel for Defendant NBME

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of July, 2019 the foregoing was filed via the Court's

CM/ECF system, which will send notification of such filing to counsel of record for Plaintiff.

s/ Erin D. French
Erin D. French

# EXHIBIT G



# 2019 Main Residency Match® Calendar

## 2018

**SEP 15**
Registration opens at 12:00 p.m. ET

**NOV 30**
Applicant standard registration deadline at 11:59 p.m. ET. After November 30, applicants incur a $50 late fee in addition to the standard registration fee

## 2019

**JAN 15**
Rank order list entry opens at 12:00 p.m. ET

**JAN 31**
Program quota change, program withdrawal, and program SOAP participation deadlines at 11:59 p.m. ET

**FEB 20**
Rank Order List Certification Deadline at 9:00 p.m. ET
- Applicant late registration and Match withdrawal deadline
- Medical school student/graduate graduation credentials verification deadline
- Institution change approvals deadline
- Program reversion deadline

**MAR 11**
**Match Week**

Supplemental Offer and Acceptance Program (SOAP) begins at 11:00 a.m. ET

**MAR 14**
SOAP concludes at 11:00 a.m. ET

**MAR 15**
**Match Day!**
- Medical school Match Day ceremonies at 12:00 p.m. ET
- Match results posted in the R3 system at 1:00 p.m. ET

2121 K Street NW, Suite 1000, Washington, DC 20037
www.nrmp.org Email: support@nrmp.org
Toll Free: (866) 653-NRMP Phone: (202) 400-2233

# EXHIBIT H



## Supplemental Offer and Acceptance Program® (SOAP®)
## Frequently Asked Questions for Medical School Staff

**What is the Supplemental Offer and Acceptance Program® (SOAP®)?**

*SOAP* is the process during Match Week through which unfilled positions are offered by programs to *SOAP*-eligible unmatched and partially matched applicants. Applicants must use ERAS® to apply to unfilled programs electing to participate in *SOAP* ®, and programs must offer those positions to applicants using the *NRMP* Registration, Ranking, and Results® (R3®) system. Positions offered and accepted during *SOAP* constitute a binding commitment under the Match Participation Agreement. View the detailed Match Week schedule.

**How does *SOAP* work?**

*SOAP* begins at 11:00 AM ET on Monday of Match Week when applicants find out whether they matched to a position. Beginning at 2:00 PM ET, applicants can use ERAS to select the programs that will receive their applications, and programs can begin downloading applications at 3:00 PM . A series of *SOAP* offer rounds" begins at 12:00 PM ET on Wednesday of Match Week, when the first *SOAP* offers are extended through the *R3* system to the unmatched applicants listed at the top of each program's preference list. Each *SOAP* offer round lasts two hours, during which applicants can accept or reject any offers they receive. New offers are sent at 3:00 PM Wednesday and at 9:00 AM on Thursday. SOAP concludes at 11:00 AM ET on Thursday of Match Week. View the detailed Match Week schedule.

**What are the *SOAP* eligibility requirements?**

To be eligible for *SOAP*, applicants must be 1) registered with the *NRMP* for the Main Residency Match®; 2) eligible to enter graduate medical education on July 1 in the year of the Match; and 3) partially matched or fully unmatched on Monday of Match Week. Unmatched applicants cannot participate in *SOAP* if they fail to meet **any** of the three criteria.

**How is applicant SOAP eligibility determined?**

NRMP medical school officials are responsible for verifying the *SOAP* eligibility of the school's students and graduates participating in the Match. Students ineligible to enter GME on July 1 in the year of the Match **MUST** be designated as *SOAP*-ineligible. Applicants deemed ineligible and withdrawn from the Match prior to the Rank Order List Deadline can participate in *SOAP* if they subsequently become eligible to enter GME on July 1 in the year of the Match. Applicants should be marked SOAP-ineligible only if the school official knows *conclusively* that the applicant cannot enter GME on July 1.

**Will I know which positions are unfilled so that I can counsel my students and graduates?**

Yes.  At 10:30 AM ET on Monday of Match Week, you will have access to a PDF of the List of Unfilled Programs via the My Reports menu option in the R3 system.

**How will my students and graduates know which programs are unfilled?**

If your students/graduates are *SOAP*-eligible, they will be able to view the List of Unfilled Programs via a link on their Match Home page in the *R3* system. The link will display beginning at 11:00 AM ET on Monday of Match Week. ***The List includes ONLY unfilled programs participating in SOAP, and applicants will be able to view ONLY the unfilled programs for which they are eligible.***

**Can I contact programs about my unmatched students and graduates during *SOAP*?**

Medical school officials, administrators, and all other individuals or entities acting on behalf of an unmatched applicant are prohibited from initiating contact with programs prior to the directors of unfilled programs initiating contact. This prohibition applies to **ALL** applicants, regardless of whether the applicant is *SOAP*-eligible or *SOAP*-ineligible.

**What options exist for my *SOAP*-ineligible students and graduates?**

*SOAP*-ineligible students/graduates may contact or apply to any non-Match-participating programs, but not before 3:00 PM ET on Monday of Match Week. No Match-participating program, even those that are not participating in *SOAP*, can be contacted by a SOAP-ineligible applicant until after *SOAP* concludes at 11:00 AM ET on Thursday of Match Week.

**Will my unmatched students and graduates who participated in the Match as a couple be able to find out where a partner matched to help them prepare for SOAP?**

Yes, your unmatched students/graduates can call the NRMP Help Desk at 202-400-2233 or toll-free at 1-866-653-NRMP (6767) beginning at 11:00 AM ET on Monday of Match Week to learn the city of their partner's matched program to assist them in preparing for *SOAP*.

**When will I know if my unmatched students and graduates have received offers?**

Once a *SOAP* round begins, the *R3* system will display a banner message indicating that offers are being generated for the current round. Once all offers have been generated, the message in the *R3* system will change to display the deadline by which offers extended during the current round must be accepted or rejected. Your students and graduates can inform you about the offers they receive, and you can begin advising them at that time.

**How long do my unmatched students and graduates applicants have to accept an offer during *SOAP*?**

Each *SOAP* round lasts two hours, during which your students/graduates can consider whether to accept or reject any offers. Once the *SOAP* round closes, any offers rejected by your students/ graduates or any offers that expired will not be offered again. If an applicant receives multiple offers during a *SOAP* round, acceptance of one automatically means any others are rejected if they are for the same position type. As an example, acceptance of an advanced (PGY-2 position) makes you ineligible for all positions that are not PGY-1 only.

**How will I know if positions have been accepted by my students and graduates *SOAP*?**

Programs extend *SOAP* offers using the NRMP's Registration Ranking, and Results® (R3®) system during a series of rounds, and the *SOAP* Schools Report tracks in real-time the offers your students/graduates accept. The report displays only the students/graduates who accept offers during *SOAP*.

**During *SOAP*, how often is the List of Unfilled Programs updated?**

The List of Unfilled Programs will be updated for the first time at 2:05 PM ET on Wednesday when the first-round *SOAP* offers expire. Then, it will be updated at 5:05 PM ET at the conclusion of the second *SOAP* round. A final version of the list will be posted to the *R3* system Thursday at 12:00 PM ET, and it will display all unfilled programs, including those that did not participate in *SOAP*. Once *SOAP* concludes at 11:00 AM ET on Thursday of Match Week, students and graduates can contact any remaining unfilled programs directly using the information listed in the *R3* system. Beginning at 12:00 PM ET program directors are able to update the number of unfilled positions as they are filled post-*SOAP*.

*More information is available online at http://www.nrmp.org/residency/soap/. If you have any further questions, contact the NRMP Help Desk between 8:30 AM and 5:30 PM ET at 202-400-2233, toll-free at 1-866-653-NRMP (6767), or by email at support@nrmp.org.*

Updated August 2016