

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Brendan J. Berger,
        Plaintiff(s),

        v.

National Board of Medical Examiners,
        Defendant(s).

Case No.. 1:19cv99
(J. Dlott ; Litkovitz, M.J.)

**CIVIL MINUTES
Hearing on plaintiff's Motion for preliminary injunction (Doc. 20)
before the
HONORABLE KAREN L. LITKOVITZ, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** Eden Thompson
**COURT REPORTER:** Sue Lopreato
**DATE:** 7-29-19

9:00 am – 6:00 pm 1st day
**TIME:** 8:30 am – 5:00 pm 2nd day

Attorney for Plaintiff(s):      See attached seating chart      Attorney for Defendant(s):

**WITNESSES**

Maureen Holland - (π's mother)
Brendan Berger - π
Dr. Cheryl Beach (psychologist)

Dr. Catherine Farmer - (ADA Compliance officer)
Dr. Samuel Ortiz - Prof. NBME of Psychology
Dr. Benjamin Lovett - St. John's Univ. (Assoc. Prof. Psychology State College of New York @ Cortland)

**PROCEDURES**

☒ Arguments held on π's mot. for prel. inj. (Doc. 20)

☒ Court's decision to follow.
☒ Court ordered in open court that Parties to jointly propose further calendar dates related to this matter.

☐ Case continued to _____
☒ Exhibits admitted all exhibits submitted by π + Δ were agreed to be admitted & considered by the Court.
Remarks: _____

**Berger v. NBME**
**1:19cv99**

**Defendant**

Robert Burgoyne

Erin French

**Plaintiff**

Brendan Berger-π

Charles Weiner



**Court Reporter:**

Sue Lopreato

