# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **BRENDAN BERGER,** | ) |
| Plaintiff, | ) Case No. 1:19cv00099 |
| v. | ) Judge: Hon. Susan J. Dlott |
| | ) Magistrate Judge: Hon. Karen L. Litkovitz |
| **NATIONAL BOARD OF MEDICAL EXAMINERS,** | ) |
| Defendant. | ) |

## NOTICE OF FILING SUPPLEMENTAL
## EXHIBIT OF PLAINTIFF BRENDAN BERGER

Plaintiff Brendan Berger hereby gives notice of the filing of Exhibit 62 attached hereto, to the Declaration of Charles Weiner annexed hereto.

Date: August 23, 2019

Respectfully submitted

_____/s/_____

Charles Weiner, Esquire
LAW OFFICE OF CHARLES WEINER
Cambria Corporate Center
501 Cambria Avenue
Bensalem, PA 19020
Tel: (267) 685-6311
Fax: (215) 604-1507
charles@charlesweinerlaw.com

*Attorneys for Plaintiff, Brendan Berger*