# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **BRENDAN J. BERGER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 1:19cv00099 |
| ) | |
| ) | Magistrate Judge: Hon. Karen L. Litkovitz |
| **NATIONAL BOARD OF** ) | |
| **MEDICAL EXAMINERS,** ) | |
| ) | |
| **Defendant.** ) | |

## NOTICE OF APPEAL

Notice is hereby given that defendant National Board of Medical Examiners ("NBME") appeals under 28 U.S.C. § 1292(a)(1) to the United States Court of Appeals for the Sixth Circuit from the Order of this Court, entered on August 27, 2019 (Doc. No. 37), granting plaintiff Brendan J. Berger's motion for a preliminary injunction (Doc. No. 1).

Dated:  September 17, 2019                Respectfully submitted,


/s/   Robert A. Burgoyne
Erin D. French (0090813)
Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street, Suite 3500
Cincinnati, Ohio 45202
Phone: 513-723-4022
Email: edfrench@vorys.com

Robert A. Burgoyne (pro hac vice)
Perkins Coie LLP
700 Thirteenth Street, N.W. Suite 600
Washington, D.C.  20005-3960
Phone:  202-654-1744
RBurgoyne@perkinscoie.com

Counsel for Defendant NBME

28595326.2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 17th day of September 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Erin D. French