# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 19, 2019

Ms. Erin Dwyer French
Vorys, Sater, Seymour & Pease
301 E. Fourth Street
Suite 3500
Cincinnati, OH 45202

Re: Case No. 19-3885, *Brendan Berger v. National Board of Medical Examiners*
Originating Case No.: 1:19-cv-00099

Dear Counsel,

This appeal has been docketed as case number **19-3885** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **October 3, 2019**. <u>Additionally, the transcript order must be completed by that date.</u>

NOTE: Attorneys must order transcript for appeal by using the CM/ECF docket entries. For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:
- Appearance of Counsel
- Civil Appeal Statement of Parties & Issues
- Transcript Order
- Disclosure of Corporate Affiliations
- Application for Admission to 6th Circuit Bar (if applicable)

Appellee:
- Appearance of Counsel
- Disclosure of Corporate Affiliations
- Application for Admission to 6th Circuit Bar (if applicable)

    More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                                             Sincerely,

                                                             s/Antoinette Macon  
                                                             Case Manager  
                                                             Direct Dial No. 513-564-7015

cc:  Mr. August T. Janszen

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 19-3885

BRENDAN J. BERGER

      Plaintiff - Appellee

v.

NATIONAL BOARD OF MEDICAL EXAMINERS

      Defendant - Appellant