# EXHIBIT 2



National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102

215-590-9500 phone
www.nbme.org

**Confidential**
**Confirmation of Test Accommodations**

September 4, 2019

**Via E-mail to brendanberger@gmail.com**
Brendan James Berger
27 Creekwood Square
Cincinnati, OH 45246

RE: USMLE Step 2 CK                                          USMLE ID#: 0-893-419-2

Dear Mr. Berger:

Pursuant to an August 27, 2019 order of the United States District Court Southern District of Ohio Western Division, we will provide the following accommodation(s) for the USMLE Step 2 CK:

- **Separate testing room**

- **Additional testing time - double time:** The exam will be administered over two days.
    - **Day one** will include a 15 minute tutorial and 8 blocks with approximately 20 questions per block.
    - **Day two** will include 8 blocks with approximately 20 questions per block.
    - You will have up to 60 minutes to complete each block.
    - You will receive 45 minutes of break time each day, including lunch. You may use break time as needed between blocks.  If you complete the tutorial or an examination block in less time than allotted, the unused time will be added to your available break time.

- **Additional off-the-clock break time - computer shut down:** You may take up to 30 minutes of off-the-clock break time each day by alerting the test center staff to shut down the computer, which will stop the examination clock. When you are ready to resume testing, ask the test center staff to restart the computer. The standard break time and off-the-clock break time must be taken between test blocks and only when the break screen is visible on your monitor. See the USMLE Rules of Conduct at www.usmle.org/bulletin/testing/ for additional information.

Contact Disability Services at disabilityservices@nbme.org or 215-590-9700 if you have any questions or concerns about these accommodations.

Our records show that you registered for Step 2 CK through the ECFMG on or about March 4, 2019 for the eligibility period of April 1 through June 30, 2019. Your Step 2 CK eligibility expired on June 30, 2019. Contact ECFMG to extend your eligibility period or re-register for Step 2 CK.  We can

complete our processing of your exam accommodations and release the hold on your scheduling permit as soon as your exam registration and eligibility is confirmed by the ECFMG.

Call Prometric at the number listed on your scheduling permit as soon as you receive it to schedule your appointment. The additional off-the-clock break time will extend your testing appointments by 30 minutes. Inform Prometric to schedule your Day 1 appointment for 9 hours 30 minutes and your Day 2 appointment for 9 hours 15 minutes.

These accommodations may not be changed at the test center on your scheduled exam day. If you choose not to use these accommodations, please notify Disability Services immediately at disabilityservices@nbme.org or by calling 215-590-9700 for instructions.

Sincerely,

*Catherine Farmer*

Catherine Farmer, Psy.D.
Director, Disability Services
ADA Compliance Officer, Testing Programs

C: Charles Weiner, Esquire to charles@charlesweinerlaw.com