UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

BRENDAN BERGER,

    Plaintiff,

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

    Defendant.

Case No. 1:19-cv-00099-KLL

## STIPULATION OF DISMISSAL

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff Brendan Berger and Defendant National Board of Medical Examiners hereby dismiss this action with prejudice, with each party to bear its own costs and expenses, including attorneys' fees, unless otherwise agreed by the parties.

This the 7th day of September 2020.

/s/ August T. Janszen
August T. Janszen (0062394)
The Janszen Law Firm
4750 Ashwood Drive, Suite 201
Cincinnati, OH 45241
Phone: (513) 326-9065
atjanszen@janszenlaw.com

Charles Weiner (pro hac)
Law Office of Charles Weiner
Cambria Corporate Center
501 Cambria Avenue
Bensalem, PA 19020
Phone: (267) 685-6311
charles@charlesweinerlaw.com

Counsel for Plaintiff

/s/ Erin D. French
Erin D. French (0090813)
Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street, Suite 3500
Cincinnati, Ohio 45202
Phone: 513-723-4022
edfrench@vorys.com

Robert A. Burgoyne (pro hac)
Perkins Coie LLP
700 Thirteenth Street, N.W. Suite 600
Washington, D.C. 20005-3960
Phone: 202-654-1744
RBurgoyne@perkinscoie.com

Counsel for Defendant