**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 18, 2020

Ms. Erin Dwyer French
Vorys, Sater, Seymour & Pease
301 E. Fourth Street
Suite 3500
Cincinnati, OH 45202

Mr. August T. Janszen
Law Office
4750 Ashwood Drive
Suite 201
Cincinnati, OH 45241

Mr. Charles Weiner
Law Office
501 Cambria Avenue
Bensalem, PA 19020

Re:  Case No. 19-3885, *Brendan Berger v. Natl Bd of Md Examiners*
Originating Case No. : 1:19-cv-00099

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc:  Mr. Richard W. Nagel

Enclosure

No mandate to issue

Case No. 19-3885

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

BRENDAN J. BERGER

      Plaintiff - Appellee

v.

NATIONAL BOARD OF MEDICAL EXAMINERS

      Defendant - Appellant

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the

Motion for Voluntary Dismissal filed by the Appellant,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules

of Appellate Procedure.

      **ENTERED PURSUANT TO RULE 33,**
      **RULES OF THE SIXTH CIRCUIT**
      Deborah S. Hunt, Clerk

Issued: September 18, 2020

_____